# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL WEXLER** | Case No.: 4:25-CV-00349-YGR |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE;** |
| v. | **ORDER VACATING CONFERENCE** |
| **STARBUCKS COFFEE CORPORATION** | RE: DKT. NO. 12. |
| Defendants. | |

**TO PLAINTIFF MARSHALL WEXLER**:

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** in writing **no later than May 1, 2025**, why your claims should not be dismissed for failure to prosecute. Defendant filed a motion to dismiss on March 28, 2025, and a response was due by April 11, 2025. (Dkt. No. 12.) Litigants must actively prosecute their case. Failure to timely file responses in this case shall be deemed a failure to prosecute and an admission that good cause exists to dismiss the case without prejudice. Consequently, if plaintiff fails to respond to defendant's motion to dismiss by May 1, 2025, the Court will dismiss this action for failure to prosecute, and without further notice.

The case management conference set for April 28, 2025 and the hearing set for April 29, 2025 are **VACATED**. The Court will reset the conference and hearing at a later date if appropriate.

**IT IS SO ORDERED**.

Date: April 22, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**